Richard C. J. Wahng (SBN 225672)
Law Offices of Richard C. J. Wahng
152 Anza Street, Suite 201
Fremont, CA 94539
(510) 490-4447 Telephone
(510) 490-1102 Fax

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEI HUA DI and LING ZHANG, individuals,<br><br>   Plaintiffs,<br><br>   vs.<br><br>ART OF REFLEXOLOGY QUICK FIX, INC., a California Corporation, L & L PROMOTIONS, INC., a California Corporation, CHIU HUNG LAM A/K/A SUSAN LAM, an individual, SHENG LEE, an individual, and DOES 1 through 20 inclusive,<br><br>   Defendants. | Civil Action No. C09-01338 PVT<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER RE SERVICE OF INDIVIDUAL DEFENDANTS AND SETTING ASIDE DEFAULT** |

## **STIPULATION**

Plaintiffs Wei Hua Di and Ling Zhang (jointly "Plaintiffs") and defendants Art of Reflexology Quick Fix, Inc., L & L Promotions, Inc., Chiu Hung Lam AKA Susan Lam and Sheng Lee (jointly "Defendants"), by and through their attorneys of record, hereby stipulate and agree as follows:

1. Default against defendants Art of Reflexology Quick Fix, Inc. and L & L Promotions, Inc. will be set aside by this stipulation;

2. Sam X. J. Wu, Esq., counsel for all defendants has agreed to and shall accept service of the Summons and the Complaint on behalf of individual defendants Chiu Hung Lam AKA Susan Lam and Sheng Lee via first class mail. Plaintiffs may mail a copy

1  of the Summons and the Complaint to Mr. Wu's office at 23555 Golden Springs Dr.,
2  Suite 1, Diamond Bar, CA 91765 via first class mail; and

3. Responsive pleadings from all defendants will be due on September 11, 2009.

Dated: August 31, 2009

Respectfully Submitted,

_____/s/_____
Richard C. J. Wahng
Attorney for Plaintiffs


_____/s/_____
Sam X. J. Wu
Attorney for Defendants

## [PROPOSED] ORDER

Good cause appearing therefore, IT IS HEREBY ORDERED that: (1) the default of defendants Art of Reflexology Quick Fix, Inc. and L & L Promotions, Inc. be and hereby are set aside; (2) As per the parties' agreement, plaintiffs may serve defendants Chiu Hung Lam AKA Susan Lam and Sheng Lee by mailing a copy of the Summons and Complaint via first class mail to Sam X. J. Wu, Esq., 23555 Golden Springs Dr., Suite 1, Diamond Bar, CA 91765; and (3) Responsive pleadings from all defendants will be due on September 11, 2009.

Dated: _____9/3/09_____

_Patricia V. Trumbull_
Hon. Patricia Trumbull
United States Magistrate Judge