Edward Hung, SBN: 221232
WONG & ASSOCIATES
413 Third Street
Oakland, CA 94607
Tel: 510-451-2124
Fax: 510-451-2448

Attorney for Defendant,
ART OF REFLEXOLOGY
QUICK FIX, INC., et al.

UNITED STATES DISTRICT COURT

FOR NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEI HUA DI & LING ZHANG, individuals | CASE NO.: C09-01338 PVT |
| Plaintiffs<br>v. | ORDER TO EXTEND TIME FOR DISCOVERY [FRCP 29(b)] |
| ART OF REFLEXOLOGY QUICK FIX, INC., a California Corporation, L&L PROMOTIONS, Inc., a California Corporation, CHIU HUNG LAM aka SUSAN LAM, an individusal, SHENG LEE, an individual, and DOES 1 through 20 inclusive,<br><br>Defendants | Date: March 9, 2010<br>Time: 10:00 am<br>Judge: ~~Chief~~ Magistrate Judge, Patricia Trumbull |

This cause came on for hearing on motion of defendant for an order to extend time for discovery, and it appearing to the Court that good cause exists,

IT IS HEREBY ORDRED that:

1. The Discovery Cut-off date is extended to June 17, 2010.

2. The Last Day for Dispositive Motion Hearing is extended to July 17, 2010.

3. The remaining Court dates for Final Pretrial Conference (8-17-2010) and Trial (8-30-

WONG & ASSOCIATES
ATTORNEYS AT LAW
413 THIRD STREET
JACK LONDON SQUARE
OAKLAND, CA 94607
(510) 451-2124

1    2010) remain unchanged.

2    IT IS SO ORDERED

3

4    DATED:    2/5/10                                    _____
                                                          United States ~~District~~ Judge
5                                                                    Magistrate

WONG & ASSOCIATES
ATTORNEYS AT LAW
413 THIRD STREET
JACK LONDON SQUARE
OAKLAND, CA 94607
(510) 451-2124