1  Richard Wahng (SBN 225672)
   Lee Sheldon (SBN 263310)
2  Law Offices of Richard C. J. Wahng
   152 Anza Street, Suite 201
3  Fremont, CA 94539
   (510) 490-4447 Telephone
4  (510) 490-1102 Fax

5

6  Attorney for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9
                     NORTHERN DISTRICT OF CALIFORNIA
10

11

| | |
|---|---|
| WEI HUA DI and LING ZHANG, individuals, | Case No. C09-01338 PVT |
| Plaintiffs, | STIPULATION AND ORDER TO EXTEND THE DEADLINE FOR COMPLETING MEDIATION |
| vs. | [Civil L.R. 7-12 and ADR L.R. 6-5] |
| ART OF REFLEXOLOGY QUICK FIX, INC., a California Corporation, L & L PROMOTIONS, INC., a California Corporation, CHIU HUNG LAM A/K/A SUSAN LAM, an individual, SHENG LEE, an individual, and DOES 1 through 20 inclusive. | |
| Defendants. | |

     PLEASE TAKE NOTICE that plaintiffs WEI HUA DI and LING ZHANG and defendants, ART OF REFLEXOLOGY QUICK FIX, INC., L&L PROMOTIONS, INC., SHENG LEE and SUSAN LAM request an extension of the deadline for completing mediation in order to allow defendant, SUSAN LAM to recover from a major knee ligament surgery and to travel safely by plane to the United States so that she may participate in the mediation. Defendant SUSAN LAM is currently in China for knee surgery and will not be able to travel by plane to return to the United States or to participate in discovery or mediation until the end of February 2010 or early March 2010.

STIPULATION AND ORDER TO EXTEND THE TIME FOR MEDIATION

1

Pursuant to Civil L.R. 7-12 and ADR L.R. 6-5, plaintiffs and defendants hereby stipulate to extend the mediation completion date from January 18, 2010 to May 5, 2010.

Dated: February 4, 2010

___/S/_____  
Edward Hung  
Attorney for Defendants

___/S/_____  
Lee Sheldon  
Attorney for Plaintiffs

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED: *2/5/10*

_Patricia V. Trumbull_  
United States Magistrate Judge

STIPULATION AND ORDER TO EXTEND THE TIME FOR MEDIATION

2