UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| WEI HUA DI, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ART OF REFLEXOLOGY QUICK FIX, INC., et al.,<br><br>　　　　　Defendants. | Case No.: C 09-1338 PVT<br><br>**INTERIM ORDER RE PLAINTIFFS' MOTION TO COMPEL DISCOVERY; AND**<br><br>**ORDER CONTINUING PLAINTIFFS' MOTION FOR SANCTIONS** |

On June 22, 2010, Plaintiffs filed a Motion to Compel Further Responses to Plaintiffs' First Set of Request for Admissions, Plaintiffs' Second Set of Request for Production of Documents, and Plaintiffs' Second Set of Interrogatories.[1] Having reviewed the papers submitted by Plaintiffs, the court finds it appropriate to issue this interim order. Based on the moving papers,

IT IS HEREBY ORDERED that, no later than June 29, 2010, Plaintiffs shall file revised motion papers that comply with this court's Civil Local Rule 37-2, which provides:

> "In addition to complying with applicable provisions of Civil L.R. 7, a motion to compel further responses to discovery requests must set forth each request in full, followed immediately by the objections and/or responses thereto. For each such request, the moving papers must detail the basis for the party's contention that it is entitled to the requested discovery and must show how the proportionality and other requirements of FRCivP 26(b)(2) are satisfied."

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

1   IT IS FURTHER ORDERED that deadline for Defendants to file their opposition to the
2  motion to compel is extended to July 13, 2010, and the deadline for Plaintiffs to file their reply is
3  extended to July 20, 2010. The hearing remains on calendar for July 27, 2010.
4   IT IS FURTHER ORDERED that Plaintiffs' motion for sanctions is CONTINUED to
5  10:00 a.m. on August 10, 2010.
6  Dated: *6/23/10*

_____
7  PATRICIA V. TRUMBULL
United States Magistrate Judge