1  Richard Wahng (SBN 225672)
   Lee Sheldon (SBN 263310)
2  Law Offices of Richard C. J. Wahng
   152 Anza Street, Suite 201
3  Fremont, CA 94539
   (510) 490-4447 Telephone
4  (510) 490-1102 Fax

5

6  Attorney for Plaintiffs
   WEI HUA DI and LING ZHANG
7

8                    UNITED STATES DISTRICT COURT

9

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12 | WEI HUA DI and LING ZHANG, individuals, | Case No. C09-01338 PVT
13 |                                          |
                      Plaintiffs,             | **STIPULATION AND**
14 |                                          | **ORDER OF DISMISSAL**
15 |    vs.                                   |
16 |                                          |
17 | ART OF REFLEXOLOGY QUICK FIX, INC.,      |
   | a California Corporation, L & L          |
18 | PROMOTIONS, INC., a California           |
   | Corporation, CHIU HUNG LAM A/K/A         |
19 | SUSAN LAM, an individual, SHENG LEE, an  |
   | individual, and DOES 1 through 20 inclusive. |
20 |                                          |
21 |                Defendants.                |

22
        Plaintiffs, WEI HUA DI and LING ZHANG and Defendants, ART OF REFLEXOLOGY
23
   QUICK FIX, INC., L&L PROMOTIONS, INC., CHIU HUNG LAM, AKA SUSAN LAM, and
24
   SHENG LEE hereby stipulate to a dismissal of the above-captioned action with prejudice
25
   pursuant to the provisions of FED. R. CIV. P. 41(a)(2). This Court shall retain jurisdiction over
26
   this action following entry of this Stipulation and Order to enforce the terms of the written
27
   Settlement and Release Agreement entered into by and between the parties and incorporated
28

                      STIPULATION AND ORDER OF DISMISSAL
                                       1

herein by this reference. The parties further agree to bear their own attorneys' fees and costs of suit incurred herein.

Dated: August 10, 2010

___/S/_____  
Edward Hung  
Attorney for Defendants

___/S/_____  
Lee Sheldon  
Attorney for Plaintiffs

**General Order 45, Attestation of Signatures**

I, LEE SHELDON, attest that the concurrence in the filing of the document has been obtained from each of the other signatories, which shall serve in lieu of their respective signatures.

___/S/_____  
Lee Sheldon  
Attorney for Plaintiffs

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: 8/12/10

*Patricia V. Trumbull*  
Honorable Patricia Trumbull  
United States Magistrate Judge

STIPULATION AND ORDER OF DISMISSAL

2